mitted June 1, 1925. Decided June 8, 1925. *Per Curiam.* Dismissed for want of jurisdiction, upon the authority of § 237 of the Judicial Code, as amended by the act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5–6. *Messrs. Daniel Bartlett, Thomas L. Philips* and *Matthew E. O'Brien* for defendant in error in support of the motion. *Messrs. J. D. Hostetler, George A. Mahan, Dulaney Mahan, J. H. Haley* and *Richard F. Ralph* for plaintiff in error in opposition to the motion.

---

PETITIONS FOR CERTIORARI GRANTED, FROM APRIL 14, 1925, TO AND INCLUDING JUNE 8, 1925.

No. 1007. MORSE DRY DOCK & REPAIR COMPANY *v.* STEAMSHIP NORTHERN STAR AND HARRY LUBER. April 20, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. William E. Leahy* for petitioner. *Mr. Gerson C. Young* for respondent.

---

No. 1011. SACRAMENTO NAVIGATION COMPANY *v.* MILTON H. SALZ, doing business as E. Salz & Son. April 20, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. H. H. Sanborn* for petitioner. *Mr. S. Hasket Derby* for respondent.

---

No. 1085. MIDDLETON S. BORLAND, TRUSTEE, *v.* THE UNITED STATES. April 27, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals granted. *Mr. Godfrey Goldmark* for petitioner. *The Solicitor General, Assistant Attorney General Letts* and *Mr. Harvey B. Cox,* Attorney in the Department of Justice, for the United States.